JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ed Hull,<br><br>    Plaintiff,<br><br>    v.<br><br>First Vine Realty, LLC, et al<br><br>    Defendants. | Case No. 2:21-cv-01826-VAP-PCx<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment issued herewith, judgment is hereby entered in favor of Ed Hull.

Pursuant to this Judgment, the Court awards Plaintiff the requested injunctive relief.

**IT IS SO ORDERED.**

Dated:    1/19/22

_____
Virginia A. Phillips
United States District Judge